UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

)
JOHN PALERMO AND          )
JULIE PALERMO,            )
    Plaintiffs,           )   C.A. No.
                          )
v.                        )
                          )   05 cv 11782 RWZ
TOWN OF NORTH READING,    )
a body politic,           )
    Defendant.            )
)

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly enter our appearance as counsel for the defendant in the above-captioned action.

Respectfully submitted,

The Defendant,
TOWN OF NORTH READING,

*/s/ Leonard H. Kesten*
Leonard H. Kesten, BBO No. 542042
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: August 29, 2005

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on 8-29-05
*/s/ Leonard H. Kesten*