UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN PALERMO AND <br> JULIE PALERMO, <br>     Plaintiffs, <br><br> v. <br><br> TOWN OF NORTH READING, <br> a body politic, <br>     Defendant. | C.A. No. 05-11782 RWZ |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Kindly enter my appearance as counsel for the defendant in the above-captioned action.

                              Respectfully submitted,

                              The Defendant,
                              TOWN OF NORTH READING,

                              *S/Deborah Ecker*
                              Deborah E. Ecker, BBO#554623
                              BRODY, HARDOON, PERKINS & KESTEN, LLP
                              One Exeter Plaza
                              Boston, MA 02116
                              (617) 880-7100

Dated: September 9, 2005