UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN PALERMO AND                    )
JULIE PALERMO,                      )
      Plaintiffs,            )
                         )      C.A. No. 05-11782 RWZ
                         )
v.                                  )
                         )
TOWN OF NORTH READING,              )
a body politic,                     )
      Defendant.             )
                         )

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

       Kindly enter my appearance as counsel for the defendant in the above-
captioned action.

                       Respectfully submitted,

                       The Defendant,
                       TOWN OF NORTH READING,


                       /s/Leonard H. Kesten
                       Leonard H. Kesten, BBO# 542042
                       BRODY, HARDOON, PERKINS & KESTEN, LLP
                       One Exeter Plaza
                       Boston, MA 02116
                       (617) 880-7100


Dated: September 28, 2005