UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN PALERMO AND </br> JULIE PALERMO, </br>     Plaintiffs, </br></br> v. </br></br> TOWN OF NORTH READING, </br> a body politic, </br>     Defendant. | C.A. No. 05-11782 RWZ |

### NOTICE OF APPEARANCE OF JUDY A. LEVENSON

Please enter my Notice of Appearance on behalf of the defendants in the above-captioned matter.

Respectfully submitted,

/s/ Judy A. Levenson
Judy A. Levenson, BBO #295570
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: October 11, 2005