UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 05-11782RWZ

| | |
|---|---|
| JOHN PALERMO AND JULIE PALERMO,<br>    Plaintiffs,<br><br>v.<br><br>TOWN OF NORTH READING,<br>a body politic,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### JOINT STATEMENT REGARDING PROPOSED PRETRIAL SCHEDULE

Pursuant to Local Rule 16.1, the parties in the above action submit this Joint Statement in advance of the scheduling conference set for November 8, 2005.

**I.**    **Statement Pursuant to Local Rule 16.1(B)**

Counsel for the plaintiff and defendants state that they have conferred pursuant to Massachusetts District Court Local Rule 16.1(B) for the purpose of: (1) preparing an agenda of matters to be discussed at the scheduling conference; (2) preparing a proposed pretrial schedule; and (3) considering whether they will consent to trial by magistrate judge.

**II.**    **Statement Pursuant to Local Rule 16.1(C)**

The Plaintiffs have not made a demand on the Defendant.

**III.**    **Joint Statement Pursuant to Local Rule 16.1(D)**

    A.    **Joint Discovery Plan**

        1.    The parties propose that all discovery be completed by **May 8, 2006.**

            a.    The number of depositions, interrogatories, requests for admissions, and requests for document production shall be governed by Massachusetts District Court Local Rule 26.1(c).

        2.    The parties propose that expert witnesses, if any, be identified by the Plaintiffs on or before **June 8, 2006**, and that expert witnesses, if any,

be identified by the Defendant on or before **July 8, 2006.** Depositions of expert witnesses, if any, will be completed on or before **August 8, 2006.**

B.  Proposed Motion Schedule.

The parties propose that all dispositive motions be filed by **September 8, 2006.**

C.  Certifications Pursuant to Local Rule 16.1(D)(3)

The defendant files its Certification pursuant to Local Rule 16.1(D)(3) herewith.

Respectfully submitted,

Defendant,
By its attorneys,

/s/ Judy A. Levenson
Leonard H. Kesten, BBO #542042
Judy A. Levenson, BBO #295570
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Plaintiffs,
By their attorneys,

/s/ Mark J. Favaloro
Mark J. Favaloro, BBO# 160330
Favaloro & Associates
348 Park Street, Suite 202
North Reading, MA 01864
(978) 664-1000

Dated: November 7, 2005