UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN PALERMO AND )
JULIE PALERMO, )
    Plaintiffs, )
                            )    C.A. No. 05-11782 RWZ
v.                           )
                            )
TOWN OF NORTH READING, )
a body politic, )
    Defendant. )

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

We, the undersigned counsel and party, affirm that we have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - for the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs.

                                                                 Respectfully submitted,
                                                                 Defendants'
                                                                 By their attorney,

/s/ Greg L. Balukonis                                           /s/ Judy A. Levenson
Greg L. Balukonis                                     Leonard H. Kesten, BBO #542042
Town of North Reading                       Judy A. Levenson, BBO #295570
Town Administrator                               Brody, Hardoon, Perkins & Kesten, LLP
                                                                  One Exeter Plaza
                                                                  Boston, MA 02116
                                                                  (617) 880-7100

Dated: 11/3/2005