UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2006 MAR -1  P 1: 17

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| JOHN PALERMO AND <br> JULIE PALERMO, <br>     Plaintiffs <br><br> v. <br><br> TOWN OF NORTH READING, <br> a body politic, <br>     Defendant. | C.A. No. 05-11782 RWZ |

## MOTION TO AMEND COMPLAINT

Now come the Plaintiffs and, pursuant to Status Conference held between the parties on November 8, 2005, move to amend Plaintiffs' Complaint by deleting Paragraphs 14 through 17 in their entirety and replacing them with the following Paragraphs:

    14. On October 15, 2004, the Palermos again petitioned the Defendant, through its Community Planning Commission (CPC), to build out First Street as an unaccepted street. A copy of such application is attached hereto as Exhibit 3.

    15. The Defendants through its CPC had and has, traditionally allowed the build-out of unaccepted and/or unbuilt streets to provide frontage for lots otherwise not fronting on improved ways.

    16. Despite said filing, the Defendant at no time scheduled a public hearing, nor contacted either the Plaintiffs or their counsel regarding the status of the Application.

17. On or about December 1, 2004, upon receiving no contact from the Robert Rodgers, then the Town Planner for the Town of North Reading, Plaintiffs' counsel contacted Mr. Rodgers.

18. Robert Rodgers, informed Palermos' counsel and the CPC, the Town's Planning Board, was not willing to allow the Plaintiffs' to build out First Street, and that a complete subdivision plan would now be necessary.

19. On March 24, 2005, despite the existence of the aforesaid Flynn lawsuit, the Town took Plaintiffs property by eminent domain. A copy of a notice evidencing such taking is attached hereto as Exhibit 4.

20. The pro tanto award given to the Palermos was $15,250.00.

RESPECTFULLY SUBMITTED,

JOHN PALERMO AND JULIE PALERMO,

By their attorney,

Mark J. Favaloro, BBO# 160330
FAVALORO & ASSOCIATES
348 Park Street, Suite 202
North Reading MA 01864
(978) 664-1000

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand-facsimile on 2/28/06