UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN PALERMO AND<br>JULIE PALERMO,<br>     Plaintiffs<br><br>v.<br><br>TOWN OF NORTH READING,<br>a body politic,<br>     Defendant. | C.A. No. 05-11782 RWZ |

## MOTION TO TRANSFER
## CASE TO MIDDLESEX SUPERIOR COURT

Now come the Plaintiffs in the above-referenced matter and jointly petition the United States District Court to transfer back to the Middlesex Superior Court the within action.

As grounds therefor, the Plaintiffs state that the most efficient resolution of this matter given the state eminent domain claim pursuant to M.G.L. c.79 would be heard in the Middlesex Superior Court.

RESPECTFULLY SUBMITTED,

JOHN PALERMO AND JULIE PALERMO,

By their attorney,

_____
Mark J. Favaloro, BBO# 160330
FAVALORO & ASSOCIATES
348 Park Street, Suite 202
North Reading MA 01864
(978) 664-1000

... that a true copy of the ...
... was served upon the attorney
... for each other party by mail-hand
facsimile on  2/28/06