UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN PALERMO AND<br>JULIE PALERMO,<br>    Plaintiffs,<br><br>v.<br><br>TOWN OF NORTH READING,<br>a body politic,<br>    Defendant. | )<br>)<br>)    C.A. No. 05-11782 RWZ<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S OPPOSITION TO PLAINTIFFS'
MOTION TO AMEND COMPLAINT AND MOTION TO
TRANSFER CASE TO MIDDLESEX SUPERIOR COURT**

Defendant, Town of North Reading ("Town"), opposes plaintiffs' Motion to Amend Complaint and Motion to Transfer Case to Middlesex Superior Court for the following reasons:

1. Plaintiffs' proposed amended complaint continues to include claims that the Town violated their rights under the United States Constitution. Because this action arises under federal law of which this Court has original jurisdiction, as authorized by 28 U.S.C. §1331, it is subject to removal under 28 U.S.C. § 1441(b). Defendant properly removed this case to federal court by Notice of Removal of Action from State Court, dated August 29, 2005. Plaintiffs have failed to state any valid reason to support their Motion to Transfer Case to Middlesex Superior Court. Rather, as grounds, they state simply that "the most efficient resolution of this matter given the state eminent domain claim pursuant

to M.G.L. c.79 would be heard in the Middlesex Superior Court." Plaintiffs have a right pursuant to 28 U.S.C.

§ 1441(b) to have the claims against them heard in federal court.

2. Defendant further opposes Plaintiffs' Motion to Amend Complaint for the additional reason that it fails to delete references to time-barred and irrelevant allegations about Town actions prior to 2004, when the Plaintiffs allege the Town unlawfully denied their application for a building permit. In short, the proposed amended complaint perpetuates prior confusion about the Plaintiffs' claims by failing to delete allegations of events prior to 2004, as discussed at a scheduling conference held on November 8, 2005, and by simply adding a few new allegations

WHYEREFORE, for all the foregoing reasons, Defendant respectfully request that Plaintiffs' Motion to Amend Complaint and Motion to Transfer Case to Middlesex Superior Court be denied.

Respectfully submitted,

/s/ Judy A. Levenson
Leonard H. Kesten, BBO #542042
Judy A. Levenson, BBO #295570
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated:  March 14, 2006