UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN PALERMO AND                    )
JULIE PALERMO,                      )
    Plaintiffs,                    )        C.A. No. 05-11782 RWZ
                                    )
v.                                  )
                                    )
TOWN OF NORTH READING,              )
a body politic,                     )
    Defendant.                     )

## JOINT MOTION TO STAY ACTION

Plaintiffs, John Palermo and Julie Palermo ("Palermos"), and defendant, Town of North Reading ("Town"), jointly move the court to stay this action pending the outcome in state court of plaintiffs' eminent domain challenge pursuant to M.G.L. c. 79. In support of their motion, the parties jointly state as follows:

1.    Plaintiffs allege in Counts I (M.G.L. c. 79) that, "[t]he pro tanto amount awarded to [them] did not represent the fair market value of the property before the taking." They allege in Count III that they should be awarded damages pursuant to the Massachusetts eminent domain statute, M.G.L. c. 79, §14.

2.    In Count II plaintiffs allege that defendant's failure to issue them a building permit violated their equal protection and due process rights under the United States and Massachusetts Constitutions. They allege in Count IV that defendant's action violated their rights under the Massachusetts Civil Rights Act.

3.    In its answer, the defendant denies the factual allegations of the complaint and asserts numerous affirmative defenses.

4.    As a follow up to the Scheduling Conference the Court held on July 12, 2006, the parties jointly move for leave of court to stay this action in federal court and to allow plaintiffs to pursue their eminent domain claims in state court.

5.    Plaintiff will send to the federal court and defendant's counsel any and all state court decisions regarding plaintiffs' eminent domain claims.

6.    Following the final state court decision, this Court will decide whether the state court decision renders this federal court action moot or whether and how this federal court action should proceed as to the civil rights claims.

7.    The parties agree to file a status report with this Court every four months after the date of entry of judgment on this motion and until the state court enters its order and judgment.

8.    The parties believe that this proposal is the most efficient and effective means to dispose of the claims and defenses asserted in this lawsuit.

WHEREFORE, for the reasons stated herein, the parties respectfully request that the Court allow their joint motion.

Plaintiffs,                                  Defendant,
By their attorney,                           By its attorneys,


 /s/ Mark J. Favloro                          /s/ Judy A. Levenson
Mark J. Favaloro, BBO #160330                Leonard H. Kesten, BBO #542042
Favaloro & Associates                        Judy A. Levenson, BBO #295570
348 Park Street, Suite 202                   Brody, Hardoon, Perkins & Kesten, LLP
North Reading, MA 01864                      One Exeter Plaza
(978) 664-1000                               Boston, MA 02116
                                             (617) 880-7100

Dated:    September 6, 2006