UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN PALERMO AND <br> JULIE PALERMO, <br>     Plaintiffs <br><br> v. <br><br> TOWN OF NORTH READING, <br> a body politic, <br>     Defendant. | C.A. No. 05-11782 RWZ |

## STATUS REPORT

Now come the Plaintiffs John Palermo and Julie Palermo per order of this Court and hereby advise said Court that a jury trial is scheduled to commence on February 5, 2008 in the Middlesex Superior Court. It is anticipated that said matter will be resolved no later than February 12, 2008, whereby this matter will be ripe for review by this Court.

RESPECTFULLY SUBMITTED,

JOHN PALERMO AND JULIE PALERMO,
Plaintiffs,
By their attorney,

_____
Mark J. Favaloro, BBO# 160330
FAVALORO & ASSOCIATES
348 Park Street, Suite 202
North Reading MA 01864
(978) 664-1000

Dated: February 4, 2008