UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN PALERMO AND <br> JULIE PALERMO, <br>     Plaintiffs <br><br> v. <br><br> TOWN OF NORTH READING, <br> a body politic, <br>     Defendant. | C.A.No. 05-11782RWZ |

## MOTION TO ESTABLISH STATUS CONFERENCE

Now comes the Plaintiffs and move to establish a status conference in the above-referenced matter to occur at the Court's direction.

As grounds therefor, Plaintiffs state the following:

1. On Friday, February 8, 2008, a jury in the Middlesex Superior Court returned a verdict in favor of the Plaintiffs establishing a damages award in the Chapter 79 Eminent Domain Claim (Count I of the original Complaint) in the approximate amount of $200,000.00 including interest.

2. The original *pro tanto* entered in this regard was $15,250.00.

3. Said trial and evidence entered therein substantiates Plaintiffs claims set forth in Counts II, III and IV of the instant Complaint, whereby Plaintiffs request that this Court return this matter to the trial list and establish appropriate discovery and pretrial schedules.

RESPECTFULLY SUBMITTED,

JOHN PALERMO and JULIE
PALERMO, Plaintiffs,
By their attorneys,

_____
Mark J. Favaloro, BBO# 160330
FAVALORO & ASSOCIATES
348 Park Street, Suite 202
North Reading MA 01864
(978) 664-1000

Dated: 2/14/08