UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 05-11782RWZ

| | |
|---|---|
| JOHN PALERMO AND JULIE PALERMO, <br>     Plaintiffs, <br><br> v. <br><br> TOWN OF NORTH READING, <br> a body politic, <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### ASSENTED-TO DEFENDANT'S MOTION FOR EXTENSION OF TIME IN WHICH TO FILE RESPONSIVE PLEADING TO AMENDED COMPLAINT

Counsel for the defendant moves for an extension of time, up to and including **April 30, 2008**, within which to file a responsive pleading on behalf of, the defendant, Town of North Reading.

As reasons, counsel states that plaintiffs have failed to file their statement as to damages, as the Court directed at the status conference held on February 26, 2008 and, therefore, defendant is unable to address that issue.  Defendant's counsel requested the statement of damages in writing by electronic mail dated April 4, 2008.

Additionally, defendant's counsel called plaintiff's counsel on April 7, 2008, and left a message requesting the statement of damages and an extension of time to evaluate that statement and confer with town counsel and other representatives of the town about a responsive pleading.

Plaintiffs' counsel graciously assents to this motion.

WHEREFORE, the defendant, with plaintiffs' assent, respectfully requests this Court allow its motion for an extension of time, up to and including **April 30, 2008,** within which to file a responsive pleading to the Amended Complaint.

Respectfully submitted,

Defendant,
By its attorney,

   /s /Judy A. Levenson
Judy A. Levenson, BBO#295570
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA  02116
(617) 880-7100

Assented To:
The Plaintiffs,
By their attorney,

      /s/ Mark Favaloro
Mark Favaloro, BBO#160330
FAVALORO & ASSOCIATES
348 Park Street
North Reading, MA 01864

Dated:  April 9, 2008

CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent to those participants indicated as non-registered participants on April 9, 2008.

         /s Judy A. Levenson