UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 05-11782RWZ

| | |
|---|---|
| JOHN PALERMO AND JULIE PALERMO, | ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| TOWN OF NORTH READING, a body politic, | ) ) ) |
| Defendant. | ) |

**ASSENTED-TO DEFENDANT'S MOTION FOR FURTHER EXTENSION OF TIME IN WHICH TO FILE RESPONSIVE PLEADING TO AMENDED COMPLAINT**

Counsel for the defendant moves for a further extension of time, up to and including **May 21, 2008**, within which to file a responsive pleading to amended complaint on behalf of the defendant, Town of North Reading.

As reasons, counsel states that plaintiffs have still failed to file their statement as to damages, as the Court directed at the status conference held on February 26, 2008 and as plaintiffs' counsel agreed to do by e-mail dated April 9, 2008. Therefore, defendant is unable to address that issue and to evaluate the amended complaint accordingly.

Additionally, defendant's counsel has not as yet heard back from town counsel who tried the state court eminent domain case and who must provide information necessary to prepare a responsive pleading.

Plaintiffs' counsel assents to this motion.

WHEREFORE, the defendant, with plaintiffs' assent, respectfully requests this Court allow its motion for an extension of time, up to and including **May 21, 2008,** within which to file a responsive pleading to the Amended Complaint.

>Respectfully submitted,
>
>Defendant,
>By its attorney,
>
>    /s/ Judy A. Levenson
>Judy A. Levenson, BBO#295570
>Brody, Hardoon, Perkins & Kesten, LLP
>One Exeter Plaza
>Boston, MA  02116
>(617) 880-7100

Assented To:
The Plaintiffs,
By their attorney,


       /s/ Mark Favaloro
Mark Favaloro, BBO#160330
FAVALORO & ASSOCIATES
348 Park Street
North Reading, MA 01864

Dated:  April 30, 2008

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent to those participants indicated as non-registered participants on April 30, 2008.

>       /s Judy A. Levenson