UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 05-11782RWZ

| | |
|---|---|
| JOHN PALERMO AND JULIE PALERMO,<br>    Plaintiffs,<br><br>v.<br><br>TOWN OF NORTH READING,<br>a body politic,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO COMPEL PRODUCTION OF PLAINTIFFS' STATEMENT OF DAMAGES, FOR FURTHER TIME TO FILE RESPONSIVE PLEADING AND TO DISMISS AMENDED COMPLAINT ABSENT STATEMENT

The Defendant, the Town of North Reading (the "Defendant"), moves to compel the production of the Plaintiffs', John Palermo and Julie Palermo's, Statement of Damages and to extend the deadline within which the Defendant may file a responsive pleading in this matter until twenty days after Defendant receives the Damages Statement. If Defendant does not receive such Statement within three business days of the entry of the Court's order, Defendant requests that the Amended Complaint be dismissed. In support of its motion, Defendant states as follows.

The Court recently reopened this case, in which Plaintiffs assert civil rights violations against the Town, following an eminent domain trial in state court. The Court held a status conference on February 26, 2008, at which time it ordered the Plaintiffs to file an amended pleading and to provide Defendant with a Statement of Damages by March 21, 2008.

Despite numerous communications from Defendant's counsel, Plaintiffs have failed to serve a Statement of Damages, although they did serve an amended complaint.

1

The Statement of Damages is necessary for Defendant to understand and evaluate the amended complaint and to determine what type of responsive pleading to file. Specifically, Defendant's counsel sent electronic mail messages to Plaintiffs' counsel on April 9, April 29 and May 9, each time requesting a Statement of Damages (copies appended as Exhibit "A"). Each time Plaintiffs' counsel promised to produce the Statement, most recently by Tuesday, May 13, 2008. Additionally, Defendant's counsel attempted to reach Plaintiffs' counsel by telephone and left at least two telephone messages.

Defendant has had to file two assented-to motions to enlarge time to file a responsive pleading, most recently until May 21, 2008. Defendant, however, still does not have the requisite Statement of Damages. The Court has scheduled a Further Scheduling Conference for May 28, 2008.

WHEREFORE, for all these reasons, the Defendant respectfully requests that this Court grant this motion to compel Plaintiffs' Statement of Damages and extend the time within which the Defendant may file a responsive pleading up to and including twenty days after Defendant receives Plaintiffs' Statement of Damages. If Defendant does not receive such Statement within three business days of entry of the Court's order, Defendant requests that the Amended Complaint be dismissed.

> Respectfully submitted,
> The Defendant,
> The Town of North Reading,
> By its attorneys,
>
> ___/s/Judy Levenson_____
> Leonard H. Kesten, BBO# 542042
> Judy Levenson, BBO#295570
> BRODY, HARDOON, PERKINS & KESTEN, LLP
> One Exeter Plaza
> Boston, MA 02116
> (617) 880-7100

Dated:      May 15, 2008

## LOCAL RULE 7.1 CERTIFICATION

I certify that on May 9, 2008, counsel for the defendant conferred with plaintiffs counsel, Mark Favaloro, Esq., by electronic mail and attempted in good faith to resolve or narrow the issues presented by the foregoing motion.

                              /s/ Judy Levenson

## CERTIFICATE OF SERVICE

I, Judy Levenson, of the law firm of Brody, Hardoon, Perkins & Kesten, LLP, do hereby certify that on May 15, 2008, I electronically filed the foregoing document with the Clerk of the District Court using the CM/ECF system which would then notify the following CM/ECF participants in this case:

Mark Favaloro, Esq.
FAVALORO & ASSOCIATES
348 Park Street
North Reading, MA 01864
North Reading, MA 01864

    /s/ Judy Levenson
    Judy Levenson, BBO#295570

# Exhibit "A"

Wed, May 14, 2008  6:44 PM

**Subject:** Re: Palermo
**Date:** Friday, May 9, 2008 11:15 AM
**From:** Judy Levenson <jlevenson@bhpklaw.com>
**To:** mark favaloro <mfavaloro@favlaw.com>
**Conversation:** Palermo

Mark:
We still have not received the statement of damages the court ordered plaintiffs to produce.  Please send it promptly so that we can avoid seeking court intervention in order to obatin the statement.  Thank you. Judy


On 4/29/08 4:03 PM, "mark favaloro" <mfavaloro@favlaw.com> wrote:

> Judy:
>
> That is fine.   I am hoping to get that to you this week
>
>
> Thanks, Mark
>
>
> This transmission contains privileged information. If you have received this
> email in error, please delete this message from your computer and contact
> the undersigned immediately. Although this e-mail and any attachments are
> believed to be free of any virus or other defect that might affect any
> computer system into which it is opened, it is the responsibility of the
> recipient to ensure that it is virus free and no responsibility is accepted
> by Favaloro and Associates for any loss or damage arising in any way from
> its use.  No authorization is given to forward this email to another party
> without an express writing from the undersigned.
>
> Thank you.
>
> Mark J. Favaloro, Esq.
> Favaloro and Associates
> 348 Park Street
> North Reading, MA 01864
> telephone   978 6641000
> facsimile    978 664 3953
> mfavaloro@favlaw.com
>
>
>
> -----Original Message-----
> From: Judy Levenson [mailto:jlevenson@bhpklaw.com]
> Sent: Tuesday, April 29, 2008 3:20 PM
> To: mark favaloro
> Subject: Re: Palermo
> Importance: High
>
> Mark:
> We still have not received plaintiff's statement of damages, and defendants
> responsive pleading is due tomorrow, April 30.  Accordingly, (1) are you
> willing to assent to a motion for a further extension of time until May 21,
> 2008, to file a responsive pleading (draft attached)? and (2) when will you
> send us a statement of damages?  Please let me know if you would like to
> discuss either of these issues. I must file the motion by tomorrow, WED,

```
> APRIL 30, so would appreciate a response ASAP.  Thank you.  Judy Levenson
>
>
> On 4/9/08 1:59 PM, "mark favaloro" <mfavaloro@favlaw.com> wrote:
>
>> Judy:
>>
>> I assent to your request to extend time to answer. I will get the
> statement
>> of damages to you within the next several days, as directed by the court.
>>
>>
>> Thanks, Mark Favaloro
>>
>> This transmission contains privileged information. If you have received
> this
>> email in error, please delete it from your computer and contact me
>> immediately. Although this email and any attachments are believed to be
> free
>> of any virus or or other defects that might affect any computer  system
> into
>> which it is opened it is the responsibility of the recipient to ensure
> that
>> it is virus free and no responsibility is accepted by Favaloro and
>> Associates for any loss or damage arising in any way from its use.  Thank
>> you.
>>
>> Mark J. Favaloro, Esq.
>> Favaloro and Associates
>> 348 Park Street, Suite 202
>> North Reading, Massachusetts 01864
>> telephone:
>> 978.664.1000 (MA)
>> 757.351.2070 (VA)
>> direct facsimile: 951.344.0409
>> mfavaloro@favlaw.com
>>
>>
>>
>>
>
>
>


--
Judy A. Levenson, Esq.
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116
Tel:(617) 880-7100
Fax:(617)-880-7100
jlevenson@bhpklaw.com
```

**Subject:** Re: Palermo
**Date:** Friday, May 9, 2008 4:01 PM
**From:** mark favaloro <mfavaloro@favlaw.com>
**To:** Judy Levenson <jlevenson@bhpklaw.com>
**Conversation:** Palermo

Judy:

I am waiting to hear back from my clients, I should have to you by Tuesday am at the latest.

Thanks, Mark

This transmission contains privileged information. If you have received this email in error, please delete it from your computer and contact me immediately. Although this email and any attachments are believed to be free of any virus or or other defects that might affect any computer system into which it is opened it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Favaloro and Associates for any loss or damage arising in any way from its use.  Thank you.

Mark J. Favaloro, Esq.
Favaloro and Associates
348 Park Street, Suite 202
North Reading, Massachusetts 01864
telephone:
978.664.1000 (MA)
757.351.2070 (VA)
direct facsimile: 951.344.0409
mfavaloro@favlaw.com


> From: Judy Levenson <jlevenson@bhpklaw.com>
> Date: Fri, 09 May 2008 11:15:49 -0400
> To: mark favaloro <mfavaloro@favlaw.com>
> Conversation: Palermo
> Subject: Re: Palermo
>
> We still have not received the statement of damages the court ordered