UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 05-11782RWZ

| | |
|---|---|
| JOHN PALERMO AND JULIE PALERMO, <br>     Plaintiffs, <br><br> v. <br><br> TOWN OF NORTH READING, <br> a body politic, <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT'S MOTION TO DISMISS COMPLAINT**

    The defendant, Town of North Reading, respectfully moves this Court pursuant to Rules 12(b)(6) and 12(h)(3) of the Federal Rules of Civil Procedure to dismiss the amended complaint filed against it by plaintiffs John Palermo and Julie Palermo for failure to state a claim upon which relief can be granted.

    In support of its motion, the defendant submits Defendant's Memorandum of Law in Support of Motion to Dismiss Plaintiffs' Amended Complaint, setting forth the reasons the amended complaint should be dismissed.

    WHEREFORE, the defendant respectfully requests that the plaintiffs' amended complaint be dismissed and that judgment enter in its favor.

>Respectfully submitted,
>The Defendant,
>TOWN OF NORTH READING,
>By its attorneys,
>
>___/s/ Judy Levenson_____
>Leonard H. Kesten, BBO# 542042
>Judy Levenson, BBO#295570
>BRODY, HARDOON, PERKINS & KESTEN, LLP
>One Exeter Plaza, 12th Floor
>Boston, MA  02116
>617-880-7100

Dated: June 20, 2008

## LOCAL RULE 7.1 CERTIFICATION

I certify that counsel for the defendant conferred with plaintiffs' counsel, Mark Favaloro, Esq., by electronic mail and by telephone on June 19, 2008 to discuss in good faith resolving or narrowing the issues presented by the foregoing motion.

>_____/s/ Judy Levenson_____

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent to those participants indicated as non-registered participants on June 20, 2008.

>
>_____/s Judy A. Levenson_____