UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN PALERMO AND <br> JULIE PALERMO, <br>     Plaintiffs <br><br> v. <br><br> TOWN OF NORTH READING, <br> a body politic, <br>     Defendant. | ) <br> ) <br> ) <br> )     C.A. No. 05-11782 RWZ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFFS' MOTION TO
## FILE RESPONSE MEMORANDUM

Now come the Plaintiffs John Palermo and Julie Palermo and move this Court to permit the Plaintiffs ten (10) days in which to file a response memo, addressing issues raised in Defendant's Memorandum filed on July 15, 2008.

As grounds therefor, Plaintiffs state the Defendant's memorandum raised and asserted issues beyond matters set forth in the Plaintiffs' Memorandum, and that principles of equity and fairness would permit such filing.

                                         RESPECTFULLY SUBMITTED,

                                         **JOHN PALERMO AND JULIE PALERMO,**
                                         **Plaintiffs,**
                                         By their attorney,

                                         /s Mark J. Favaloro
                                         Mark J. Favaloro, BBO# 160330
                                         FAVALORO & ASSOCIATES
                                         348 Park Street, Suite 202
                                         North Reading MA 01864
                                         (978) 664-1000

Dated: July 17, 2008

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent tot those participants indicated as non-registered participants on July 17, 2008.

                                                    /s *Mark J. Favaloro*